ing him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1784. IN RE DISBARMENT OF LEVINSON. Richard Levinson, of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1785. IN RE DISBARMENT OF MUHAMMAD. Mustafa Abdullah Muhammad, of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–60. REED v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 96–987. FOREMAN ET AL. v. DALLAS COUNTY, TEXAS, ET AL. Appeal from D. C. N. D. Tex. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 96–1266. ANTONIO PEREZ v. UNITED STATES. C. A. 2d Cir. Motion of petitioner to expedite consideration of petition for writ of certiorari denied.

No. 96–7233. BOWERS ET AL. v. SATURN GENERAL MOTORS CORP. C. A. 6th Cir. Motion of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until March 17, 1997, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 96–7380. IN RE SANDLES. Petition for writ of habeas corpus denied.

No. 96–6891. IN RE SANDLES; and
No. 96–7475. IN RE WESLEY. Petitions for writs of mandamus denied.

No. 96–643. STEEL CO., AKA CHICAGO STEEL & PICKLING CO. v. CITIZENS FOR A BETTER ENVIRONMENT. C. A. 7th Cir. Certiorari granted.